**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-30084 |
| Plaintiff - Appellee, | D.C. No. 6:13-cr-00014-SEH |
| v. | |
| TODD ALLEN SCHMIDT, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Sam E. Haddon, District Judge, Presiding

Submitted March 10, 2015[**]

Before:     FARRIS, WARDLAW, and PAEZ, Circuit Judges.

Todd Allen Schmidt appeals from this district court's judgment and

challenges the 96-month sentence imposed following his guilty-plea conviction for

possession with intent to distribute methamphetamine in violation of 21 U.S.C. §

841(a)(1).  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Schmidt contends that his sentence is substantively unreasonable given his relatively minor role and the fact that he had "several years" of law-abiding conduct prior to the offense. The district court did not abuse its discretion in imposing Schmidt's within-Guidelines sentence. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) factors and the totality of the circumstances, including Schmidt's criminal history and the fact that he was under supervision for a prior felony drug conviction at the time he committed the instant offense. *See Gall*, 552 U.S. at 51.

**AFFIRMED.**